IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WASHOE COUNTY HUMAN SERVICES AGENCY,<br> Petitioner,<br><br>vs.<br><br>THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE PAIGE DOLLINGER, DISTRICT JUDGE,<br> Respondents,<br>and<br>HOPE R.; CHRISTOPHER R.; AND Z. R., A MINOR CHILD,<br> Real Parties in Interest. | No. 83524<br><br>**FILED**<br><br>MAY 05 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

*ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Paige Dollinger, District Judge, Family Court Division
Washoe County District Attorney
Washoe County Alternate Public Defender
Washoe County Public Defender
Washoe Legal Services/Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-14441